IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHALMERS A. SIMPSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE HONORABLE JUDGE ANTHONY A. SARCIONE, ET AL. | : | NO. 10-903 |

## O R D E R

**AND NOW**, this 13th day of September, 2010, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (Docket No. 1), and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

3. There is no basis for the issuance of a certificate of appealability.

4. The Clerk shall **CLOSE** this case statistically.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.